UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH SNIEZAK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 3:13-cv-01479-AWT |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| ACHILLION PHARMACEUTICALS, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| KEVIN JIANG, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 3:13-cv-01543-VLB |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| ACHILLION PHARMACEUTICALS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

POMPANO BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM'S
NOTICE OF NON-OPPOSITION TO HERMAN BOMBACK AND
JOSE GARCIA, JR.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

Based on the papers submitted by the competing lead plaintiff movants, it appears that Pompano Beach Police & Firefighters' Retirement System ("Pompano Beach") does not possess the largest loss. Therefore, Pompano Beach does not intend to submit an opposition to the competing motion seeking appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel. However, should the Court determine that the other competing movants are inadequate or otherwise incapable of serving as lead plaintiffs, or that this litigation would benefit from the involvement of an institutional investor, Pompano Beach stands ready, willing and able to serve as lead plaintiff or co-lead plaintiff.

Moreover, should the proposed lead plaintiff with the largest claimed financial interest later withdraw, fail to present itself as class representative or fail to satisfy Fed. R. Civ. P. 23, Pompano Beach reserves its right to be considered the most adequate plaintiff and be substituted as lead plaintiff on behalf of the class. *See In re NYSE Specialists Sec. Litig.*, 240 F.R.D. 128, 133 (S.D.N.Y. 2007) (finding courts have a "continuing 'duty to monitor whether lead plaintiffs are capable of adequately protecting the interests of the class members'") (citation omitted).

Respectfully submitted,

DATED: December 27, 2013  MOTLEY RICE LLC

*/s/ William H. Narwold*
William H. Narwold (CT 00133)
Ingrid L. Moll (CT 21866)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Ph: 860/882-1681
Fax: 860/882-1682
bnarwold@motleyrice.com
imoll@motleyrice.com

[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Ph: 631/367-7100
Fax: 631/367-1173

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA
655 West Broadway, Suite 1900
San Diego, CA  92101
Ph: 619/231-1058
Fax: 619/231-7423

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

>*/s/ William H. Narwold*
>WILLIAM H. NARWOLD (CT00133)
>Motley Rice LLC
>20 Church Street, 17th Floor
>Hartford, CT  06103
>Ph: (860) 882-1676
>Fax: (860) 882-1682
>bnarwold@motleyrice.com

903509_1