# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH SNIEZAK, Individually and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACHILLION PHARMACEUTICALS, INC., MICHAEL D. KISHBAUCH, MILIND S. DESHPANDE, and MARY KAY FENTON, <br><br> Defendants. | Civil Action No.: 13-cv-01479-AWT |
| KEVIN JIANG, Individually and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACHILLION PHARMACEUTICALS, INC., MICHAEL D. KISHBAUCH, MILIND S. DESHPANDE, and MARY KAY FENTON, <br><br> Defendants. | Civil Action No.: 13-cv-1543-VLB |

**MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE
MOTION BY HERMAN BOMBACK AND JOSE GARCIA, JR.
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF COUNSEL, AND NOTICE OF NON-OPPOSITION</u>**

Lead Plaintiff Movant Herman Bomback ("Bomback") and Jose Garcia, Jr. ("Garcia") respectfully submit this Memorandum of Law in Further Support of their motion for consolidation, appointment as Lead Plaintiff and approval of counsel, and notice of non-opposition to the pending motion. On December 9, 2013, Bomback and Garcia filed a Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Counsel, stating that they suffered financial losses of $110,166 in connection with their purchases of shares of Achillion Pharmaceuticals, Inc. ("Achillion") between April 21, 2012 and September 27, 2013 inclusive ("Class Period"). (ECF No. 25). One other proposed lead plaintiff movant, Pompano Beach Police & Firefighters' Retirement System ("Pompano Beach") filed a motion for consolidation, appointment as lead plaintiff and approval of counsel in this action, stating its financial loss in connection with its purchases of Achillion securities was $32,600. (ECF Nos. 26-28).

Recognizing that its financial loss was not as large as Bomback and Garcia, Pompano Beach withdrew its motion. (ECF No. 31).

Based on the facts presented above, and on the factual and legal reasons presented in Bomback and Garcia's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Counsel, Bomback and Garcia respectfully request the Court to issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C.§78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995: (1) consolidating the above captioned related actions; (2) appointing Bomback and Garcia as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of Achillion during the Class Period; (3) approving Lead Plaintiff's selection of Wolf Haldenstein Adler Freeman & Herz LLP and Pomerantz Grossman Hufford Dahlstrom & Gross LLP as Co-Lead Counsel for the Class and Goldman Gruder & Woods, LLC as Liaison Counsel; and (4) granting such other and further

relief as the Court may deem just and proper.

Dated: December 27, 2013
      New York, New York

                    Respectfully submitted,

**GOLDMAN GRUDER & WOODS, LLC**

 /s/CT09614_____
Henry Elstein
105 Technology Drive
Trumbull, CT 06611
Telephone: 203-880-5333
Facsimile: 203-880-5332
helstein@goldmangruderwoods.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gregory Mark Nespole
270 Madison Avenue
New York, NY 10016
Direct: 212 545 4774
Main: 212 545 4600
Nespole@whafh.com

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Jeremy A. Lieberman
Lesley F. Portnoy
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
jalieberman@pomlaw.com
lfportnoy@pomlaw.com

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

*Counsel for Movants and Proposed Counsel for the Class*