# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, Ruby J. Krajick, Clerk of this Court, certify that

**LESLEY FRANK PORTNOY** , Bar # **LP1941**

was duly admitted to practice in this Court on

**NOVEMBER 02nd, 2010** , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at New York, New York on **DECEMBER 10th, 2013**

Ruby J. Krajick by
Clerk Deputy Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/  Lesley F. Portnoy*
Lesley F. Portnoy