**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSEPH SNIEZAK, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACHILLION PHARMACEUTICALS, INC., MICHAEL D. KISHBAUCH, MILIND S. DESHPANDE, and MARY KAY FENTON,<br><br>Defendants. | ) ) ) Civil Action No.: 13-cv-01479-AWT ) ) ) ) ) ) ) ) ) ) ) ) |
| KEVIN JIANG, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACHILLION PHARMACEUTICALS, INC., MICHAEL D. KISHBAUCH, MILIND S. DESHPANDE, and MARY KAY FENTON,<br><br>Defendants. | ) Civil Action No.: 13-cv-1543-VLB ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of December, 2013, a true and correct copy of the Memorandum in Support of the Motion to Consolidate and Notice of Non-Opposition was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Henry Elstein
Henry Elstein (ct09614)
GOLDMAN, GRUDER & WOODS, LLC
105 Technology Drive
Trumbull, CT 06611
Telephone: 203-880-5333
Facsimile: 203-880-5332
helstein@goldmangruderwoods.com

1